USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    DAVID JAFFE,

                              Plaintiff,

                -against-

    JPMORGAN CHASE BANK, NATIONAL
    ASSOCIATION & EQUIFAX
    INFORMATION SERVICES, LLC,

                            Defendants.
------------------------------------------------------------- X

1:21-cv-539-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on January 21, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 4, 2021.

    SO ORDERED.

Dated: January 22, 2021

_____
GREGORY H. WOODS
United States District Judge